IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>DAVID GARCIA-BELTRAN,<br>a/k/a "Cule,"<br><br>Defendant | CRIMINAL NO. 94-274-1(HL) |

# ORDER

On January 6, 2006, the Court of Appeals transmitted the Notice of Appeal filed in Appeal No. 06-1028, to this Court for a ruling as to whether this Court will enlarge the time to file an appeal and consider the Notice of Appeal timely filed. (Docket No. 343).

WHEREFORE, because the Notice of Appeal was filed within 30 days immediately following the 10-day period in which to file a notice of appeal in a criminal case, Fed. R. App. P. 4(b), defendant-appellant is hereby granted **until April 4, 2006** to show cause of excusable neglect for filing the notice of appeal (Docket No. 340) after 10 days from the order appealed from (Docket No. 339).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of March, 2006.

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE